UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

HALL, DARRELL

                Debtor(s)

Case No. 11-22186
Chapter 7
Honorable DANIEL S. OPPERMAN

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

TO:    THE CLERK OF THE COURT:

This is to inform the Court that the final report and account for this estate will be filed approximately ninety (90) days from the date of this notice.

Dated: May 16, 2013

 /s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH, Trustee
916 Washington, Ste. 305
Bay City, MI 48708
Telephone: (989) 892-0400
Fax: (989) 892-0300
trusteehimmelspach@gmail.com